THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID DAY, Appellant, *v.* FRANCIS V. GREENE, as Police Commissioner of the City of New York, et al., Respondents.

*People ex rel. Day* v. *Greene*, 90 App. Div. 606, affirmed.
(Submitted April 26, 1904; decided May 10, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 14, 1904, which dismissed a writ of certiorari to review the proceedings of the defendants in dismissing the relator from the police force of the city of New York and affirmed such proceedings.

*Robert L. Redfield* for appellant.

*John J. Delany, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.